■ DOUGLAS WATERBURY, Appellant, v SECURITY MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant. (Appeal No. 3.) [678 NYS2d 545] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Reargument.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Boehm, JJ.